UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Alla Kachan
Law Offices of Alla Kachan PC
3009 Ocean Parkway
Brooklyn, NY 11235
718-513-3145
Fax : 347-342-3156
Email: alla@kachanlaw.com

In Re:

Yvette Davidov
Mikhail Davidov

Order Filed on October 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  16-20278-CMG

Adv. No.:

Hearing Date:

Judge:  Christine M. Gravelle

## ORDER CONFIRMING CHAPTER 11 PLAN

The relief set forth on the following pages, numbered two (2) through 4 hereby **ORDERED**.

**DATED: October 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK NEW JERSEY(TRENTON)
---------------------------------------------------------------X
In re:

                                                                 Case No.: 16 - 20278-CMG

Yvette Davidov and Mikhail Davidov,

                                                                 Chapter 11

            Debtor.
---------------------------------------------------------------X

**PROPOSED ORDER CONFIRMING CHAPTER 11 PLAN**

      Yvette Davidov and Mikhail Davidov ("Debtors") having proposed Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement dated June 20, 2017 (ECF #69) (the "Plan"), and no objections having been filed to the Disclosure Statement or Plan;

      The Debtors have complied with the applicable provisions of Chapter 11 of the Bankruptcy Code;

      The Debtors have proposed the Plan in good faith and is not by any means forbidden by law;

      All payments made or promised to be made under the Plan have been disclosed to the Court, are reasonable or, if such payments are to be fixed after confirmation of the Plan, will be subject to the approval of the Court as reasonable;

      With respect to each class of claims or interests specified in the Plan, such class is not impaired by the Plan;

      With respect to claims or a class of priority claims of a kind specified in sections 507(a)(1) - (8) of the Bankruptcy Code, each holder of such claim or a claim of such class will receive, on account of such claim, cash on the effective date of the Plan equal to the allowed amount of such claim, unless the holder of such claim has agreed otherwise;

All fees payable under section 1930 of title 28, United States Code, have been or will be paid by the Debtors through the closing of the Chapter 11 case;

**NOW THEREFORE, IT IS HEREBY**

**ORDERED,** that the Plan is confirmed pursuant to Section 1129(a) of the Bankruptcy Code; and it is further

**ORDERED,** that the Plan and its provisions shall be binding upon the Debtors, any entity acquiring property under the Plan, and any creditor or equity security holder of the Debtors, whether or not the claim or interest of such creditor or equity security holder is impaired under the Plan, and whether or not such creditor or equity security holder has accepted the Plan; and it is further

**ORDERED,** that this Court shall retain exclusive jurisdiction to implement and effectuate the provisions of this Order, the Plan and to resolve any issues or disputes arising in connection therewith; and it is further

**ORDERED,** that this Order shall control in the event of any inconsistency with the Plan; and it is further

**ORDERED**, that the Debtors shall be responsible to (i) pay all fees that are or will become due to the U.S. Trustee under 28 U.S.C. §1930 inclusive of interest; and (ii) file post-confirmation quarterly reports, until the a final decree is entered, or the case is converted or dismissed.

**ORDERED**, that in accordance with section 1141(d)(5) of the Bankruptcy Code, the Debtors shall not receive a discharge until all required payments under the Plan have been

completed and the Court enters a further order, upon notice and a hearing, discharging the Debtor;

**ORDERED**, that within 14 days following the full administration of the estate, the Debtors shall file, on notice to the United States Trustee, an application and a proposed order for a final decree pursuant to Bankruptcy Rule 3022;

**ORDERED**, that the Debtors shall file post-confirmation quarterly disbursement and status reports by the 20th of the month following the conclusion of the relevant quarter covered by the disbursement and status report;

**ORDERED**, that the Debtors shall schedule quarterly post-confirmation status conferences until the entry of a final decree in these cases or until the cases are converted or dismissed, whichever is earlier.