| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Alla Kachan<br>Law Offices of Alla Kachan PC<br>3009 Ocean Parkway<br>Brooklyn, NY 11235<br>718-513-3145<br>Fax : 347-342-3156<br>Email: alla@kachanlaw.com<br><br>In Re:<br><br>Yvette Davidov<br>Mikhail Davidov | **Order Filed on October 19, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:    16-20278-CMG<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    Christine M. Gravelle |

## ORDER CONFIRMING CHAPTER 11 PLAN

The relief set forth on the following pages, numbered two (2) through 4 hereby **ORDERED**.

**DATED: October 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW YORK NEW JERSEY(TRENTON)
---------------------------------------------------------------X
In re:
                                                                    Case No.: 16 - 20278-CMG
Yvette Davidov and Mikhail Davidov,
                                                                    Chapter 11
                    Debtor.
---------------------------------------------------------------X
```

**PROPOSED ORDER CONFIRMING CHAPTER 11 PLAN**

Yvette Davidov and Mikhail Davidov ("Debtors") having proposed Individual Debtor's Chapter 11 Combined Plan of Reorganization and Disclosure Statement dated June 20, 2017 (ECF #69) (the "Plan"), and no objections having been filed to the Disclosure Statement or Plan;

The Debtors have complied with the applicable provisions of Chapter 11 of the Bankruptcy Code;

The Debtors have proposed the Plan in good faith and is not by any means forbidden by law;

All payments made or promised to be made under the Plan have been disclosed to the Court, are reasonable or, if such payments are to be fixed after confirmation of the Plan, will be subject to the approval of the Court as reasonable;

With respect to each class of claims or interests specified in the Plan, such class is not impaired by the Plan;

With respect to claims or a class of priority claims of a kind specified in sections 507(a)(1) - (8) of the Bankruptcy Code, each holder of such claim or a claim of such class will receive, on account of such claim, cash on the effective date of the Plan equal to the allowed amount of such claim, unless the holder of such claim has agreed otherwise;

2

All fees payable under section 1930 of title 28, United States Code, have been or will be paid by the Debtors through the closing of the Chapter 11 case;

**NOW THEREFORE, IT IS HEREBY**

**ORDERED,** that the Plan is confirmed pursuant to Section 1129(a) of the Bankruptcy Code; and it is further

**ORDERED,** that the Plan and its provisions shall be binding upon the Debtors, any entity acquiring property under the Plan, and any creditor or equity security holder of the Debtors, whether or not the claim or interest of such creditor or equity security holder is impaired under the Plan, and whether or not such creditor or equity security holder has accepted the Plan; and it is further

**ORDERED,** that this Court shall retain exclusive jurisdiction to implement and effectuate the provisions of this Order, the Plan and to resolve any issues or disputes arising in connection therewith; and it is further

**ORDERED,** that this Order shall control in the event of any inconsistency with the Plan; and it is further

**ORDERED**, that the Debtors shall be responsible to (i) pay all fees that are or will become due to the U.S. Trustee under 28 U.S.C. §1930 inclusive of interest; and (ii) file post-confirmation quarterly reports, until the a final decree is entered, or the case is converted or dismissed.

**ORDERED**, that in accordance with section 1141(d)(5) of the Bankruptcy Code, the Debtors shall not receive a discharge until all required payments under the Plan have been

3

completed and the Court enters a further order, upon notice and a hearing, discharging the Debtor;

**ORDERED**, that within 14 days following the full administration of the estate, the Debtors shall file, on notice to the United States Trustee, an application and a proposed order for a final decree pursuant to Bankruptcy Rule 3022;

**ORDERED**, that the Debtors shall file post-confirmation quarterly disbursement and status reports by the 20th of the month following the conclusion of the relevant quarter covered by the disbursement and status report;

**ORDERED**, that the Debtors shall schedule quarterly post-confirmation status conferences until the entry of a final decree in these cases or until the cases are converted or dismissed, whichever is earlier.

United States Bankruptcy Court
District of New Jersey

In re:  
Yvette Davidov  
Mikhail Davidov  
    Debtors

Case No. 16-20278-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 20, 2017  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.  
db/jdb        +Yvette Davidov,    Mikhail Davidov,    14 Barn Swallow Blvd.,    Marlboro, NJ 07746-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:

         Alla    Kachan     on behalf of Joint Debtor Mikhail   Davidov alla@kachanlaw.com  
         Alla    Kachan     on behalf of Debtor Yvette   Davidov alla@kachanlaw.com  
         Benjamin   Teich     on behalf of U.S. Trustee     U.S. Trustee Benjamin.Teich@usdoj.gov  
         Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eamonn   O'Hagan     on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
         Kyle Francis Eingorn     on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com  
         Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         Steven P. Kelly     on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                                                                                            TOTAL: 9