Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 16−20278−CMG
                          Chapter: 11
                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvette Davidov                                      Mikhail Davidov
   aka Ivetta Yusufova                            14 Barn Swallow Blvd.
   14 Barn Swallow Blvd.                       Marlboro, NJ 07746
   Marlboro, NJ 07746

Social Security No.:
   xxx−xx−8594                                         xxx−xx−8614

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       12/5/17
Time:      02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Alla Kachan, Attorney for Debtor
Period: 5/26/2016 to 12/5/2017

COMMISSION OR FEES
$10,287.50

EXPENSES
$700.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 6, 2017
JAN:

                                                                        Jeanne Naughton
                                                                        Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                            Case No. 16-20278-CMG
Yvette Davidov                                                    Chapter 11
Mikhail Davidov
    Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 06, 2017
                              Form ID: 137             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2017.
db/jdb         +Yvette Davidov,   Mikhail Davidov,   14 Barn Swallow Blvd.,   Marlboro, NJ 07746-2521
acc             AFZ Accounting Services LLC,   114-116 Ditmas Ave,   2nd Fl,   Brooklyn, NY 11218
cr             +McCormick 105, LLC,    c/o Dembo, Brown & Burns LLP,   1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
cr             +U.S. Bank Trust, N.A., as Trustee,    Stern & Eisenberg, PC,   1040 North Kings Highway,
                 Suite 407,   Cherry Hill, NJ 08034-1925
516201008      +Aes/Nct,    Po Box 61047,   Harrisburg, PA 17106-1047
516201011     ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238)
516201009      +Cap1/Neimn,    26525 N Riverwoods Blvd,   Mettawa, IL 60045-3440
516201010      +Cap1/Saks,    3455 Highway 80 W,   Jackson, MS 39209-7202
516291515       Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516201018      +McCormick 105, LLC,   c/o Dembo Brown & Burns,    Attorneys for Creditor,
                 1300 Route 73, Suite 205,   Mount Laurel, NJ 08054-2200
516201019      +Mcydsnb,    9111 Duke Blvd,   Mason, OH 45040-8999
516201022     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
               (address filed with court: Nissan-Infiniti Lt,   2901 Kinwest Pkwy,   Irving, TX 75063)
516221564      +Navient Solutions Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
516217419       Nissan-Infiniti LT,   PO Box 660366 Dallas TX 75266-0366
516201024      +Santander Bank Na,    865 Brook St,   Rocky Hill, CT 06067-3444
516379976      +Santander Bank, N.A.,    601 Penn Street,   10-6438-FB7,   Reading, PA 19601-3544
516201025     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,   90 Chrystal Run Rd,
                 Middletown, NY 10940)
516239736      +Toyota Lease Trust,   c/o TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 9013,
                 ADDISON, TEXAS 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2017 22:55:52     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2017 22:55:49     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Nov 06 2017 22:55:23
                 United States of America (Internal Revenue Service,    U.S. Attorney's Office,
                 970 Broad Street,   Suite 700,   Newark, NJ 07102-2535
516422261      +E-mail/Text: bnc@bass-associates.com Nov 06 2017 22:55:03     Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,   Tucson, AZ 85712-1083
516201017       E-mail/Text: mrdiscen@discover.com Nov 06 2017 22:55:05     Discover Financial Ser,
                 Po Box 30954,   Salt Lake City, UT 84130
516201013      +E-mail/PDF: pa_dc_ed@navient.com Nov 06 2017 23:51:11     Dept Of Ed/Navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
516201020      +E-mail/PDF: pa_dc_claims@navient.com Nov 06 2017 22:57:38     Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
516405770      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 06 2017 22:56:06     Nordstrom Fsb,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
516201023      +E-mail/Text: bnc@nordstrom.com Nov 06 2017 22:55:15     Nordstrom/Td,   13531 E Caley Ave,
                 Englewood, CO 80111-6505
516275617       E-mail/PDF: gecsedi@recoverycorp.com Nov 06 2017 22:57:33     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
516433592      +Fax: 407-737-5634 Nov 06 2017 23:09:47     U.S. Bank National Association, as Trustee,
                 c/o Ocwen Loan Servicing, LLC,   1661 Worthington Road, Suite 100,
                 West Palm Beach, FL 33409-6493
                                                                                               TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Dist Dir of IRS,   Insolvency Function,   PO Box 724,
                 Springfield, NJ 07081-0724)
516201012*     +Department of the Treasur,   Internal Revenue Service,   PO Box 8208,
                 Philadelphia, PA 19101-8208
516201014*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
516201015*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
516201016*     +Dept Of Ed/Navient,   Po Box 9635,   Wilkes Barre, PA 18773-9635
516244942*      IRS,   POB 7346,   Philadelphia, PA 19101-7346
516694592*      IRS,   POB 7346,   Philadelphia, PA 19101-7346
516201021*     +Navient,   Po Box 9500,   Wilkes Barre, PA 18773-9500
                                                                                 TOTALS: 0, * 8, ## 0
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 06, 2017
                              Form ID: 137             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2017 at the address(es) listed below:
```
          Alla   Kachan    on behalf of Joint Debtor Mikhail   Davidov alla@kachanlaw.com
          Alla   Kachan    on behalf of Debtor Yvette   Davidov alla@kachanlaw.com
          Benjamin   Teich    on behalf of U.S. Trustee    U.S. Trustee Benjamin.Teich@usdoj.gov
          Denise E.  Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eamonn  O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
          Kyle Francis  Eingorn    on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com
          Rebecca Ann  Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          Steven P.  Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```