Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−20278−CMG
        Chapter: 11
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yvette Davidov                                  Mikhail Davidov
   aka Ivetta Yusufova                        14 Barn Swallow Blvd.
   14 Barn Swallow Blvd.                    Marlboro, NJ 07746
   Marlboro, NJ 07746

Social Security No.:
   xxx−xx−8594                                    xxx−xx−8614

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on December 7, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 103 − 90
Order Granting Application For Compensation for AFZ Accounting Services LLC, fees awarded: $2125.00, expenses awarded: $0.00 (Related Doc # 90). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/5/2017. (bwj)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 7, 2017
JAN: bwj

                                                                                            Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Yvette Davidov  
Mikhail Davidov  
    Debtors

Case No. 16-20278-CMG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2017  
                                  Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.  
acc         AFZ Accounting Services LLC,   114-116 Ditmas Ave,   2nd Fl,   Brooklyn, NY  11218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:  
            Alla   Kachan    on behalf of Joint Debtor Mikhail   Davidov alla@kachanlaw.com  
            Alla   Kachan    on behalf of Debtor Yvette   Davidov alla@kachanlaw.com  
            Benjamin   Teich    on behalf of U.S. Trustee    U.S. Trustee Benjamin.Teich@usdoj.gov  
            Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
             bkgroup@kmllawgroup.com  
            Eamonn   O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)  
             eamonn.ohagan@usdoj.gov  
            Kyle Francis Eingorn    on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com  
            Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
            Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee  
             skelly@sterneisenberg.com,  bkecf@sterneisenberg.com  
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 9