UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on December 5, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Yvette Davidov and Mikhail Davidov

| | |
|---|---|
| Case No.: | 16-20278-CMG |
| Hearing Date: | 12/5/17 |
| Judge: | Gravelle |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 5, 2017**

*Honorable Christine M. Gravelle
United States Bankruptcy Judge*

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| AFZ Accounting Services LLC, Accountant | $2125.00 | $0.00 |

*rev. 7/1/04 jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Yvette Davidov  
Mikhail Davidov  
    Debtors

Case No. 16-20278-CMG  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 07, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2017.  
db/jdb        +Yvette Davidov, Mikhail Davidov, 14 Barn Swallow Blvd., Marlboro, NJ 07746-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2017                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2017 at the address(es) listed below:

         Alla Kachan    on behalf of Joint Debtor Mikhail Davidov alla@kachanlaw.com  
         Alla Kachan    on behalf of Debtor Yvette Davidov alla@kachanlaw.com  
         Benjamin Teich    on behalf of U.S. Trustee    U.S. Trustee Benjamin.Teich@usdoj.gov  
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eamonn O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov  
         Kyle Francis Eingorn    on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com  
         Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com  
         Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                            TOTAL: 9