UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Alla Kachan
Law Offices of Alla Kachan PC
3009 Ocean Parkway
Brooklyn, NY 11235
718-513-3145
Fax : 347-342-3156

In Re:

Yvette Davidov
Mikhail Davidov

Order Filed on January 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-20278-CMG

Adv. No.:

Hearing Date: 1/16/18

Judge: Christine M. Gravelle

## ORDER FOR FINAL DECREE

The relief set forth on the following pages, numbered two (2) through __3__ is hereby **ORDERED**.

**DATED: January 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)
------------------------------------------------------------------X
In re:

                                                Case No.: 1-16-20278-cmg

Yvette Davidov and Mikhail Davidov,              Chapter 11

          Debtors.
------------------------------------------------------------X

### FINAL DECREE

Upon the application of Yvette Davidov and Mikhail Davidov, dated November 3, 2017 (the "Application"), by its attorneys, Law Offices of Alla Kachan, P.C., for an Order granting a Final Decree in this case; and it having been represented and it appearing that the estate of the Debtors has been fully administered pursuant to the confirmed Plan of Reorganization of Yvette Davidov and Mikhail Davidov (the "Plan"); and it also appearing that notice of the submission of the Application and service of a copy thereof was duly and timely made upon the Office of the United States Trustee and that no objection was made to granting the relief requested therein, and sufficient cause appearing to me therefor, it is

**ORDERED,** that the above-captioned Chapter 11 Case be, and it hereby is, closed; and it is further

**ORDERED,** that the debtor will provide an affidavit of disbursements and pay all fees pursuant to 28 USC 1930(a)(6) and any applicable interest thereon within seven (7) days of entry of the order.

3