Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–20278–CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Yvette Davidov
aka Ivetta Yusufova
14 Barn Swallow Blvd.
Marlboro, NJ 07746

Mikhail Davidov
14 Barn Swallow Blvd.
Marlboro, NJ 07746

Social Security No.:
   xxx–xx–8594                                    xxx–xx–8614

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 18, 2018              Christine M. Gravelle
                                     Judge, United States Bankruptcy Court