**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Alla Kachan
Law Offices of Alla Kachan PC
3009 Ocean Parkway
Brooklyn, NY 11235
718-513-3145
Fax : 347-342-3156

In Re:

Yvette Davidov
Mikhail Davidov

**Order Filed on January 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 16-20278-CMG |
| Adv. No.: | |
| Hearing Date: | 1/16/18 |
| Judge: | Christine M. Gravelle |

# ORDER FOR FINAL DECREE

The relief set forth on the following pages, numbered two (2) through ___3___ is hereby **ORDERED**.

**DATED: January 16, 2018**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY (TRENTON)
------------------------------------------------------------------X
In re:

                                                       Case No.: 1-16-20278-cmg

Yvette Davidov and Mikhail Davidov,              Chapter 11

                        Debtors.
------------------------------------------------------------X

## FINAL DECREE

Upon the application of Yvette Davidov and Mikhail Davidov, dated November 3, 2017 (the "Application"), by its attorneys, Law Offices of Alla Kachan, P.C., for an Order granting a Final Decree in this case; and it having been represented and it appearing that the estate of the Debtors has been fully administered pursuant to the confirmed Plan of Reorganization of Yvette Davidov and Mikhail Davidov (the "Plan"); and it also appearing that notice of the submission of the Application and service of a copy thereof was duly and timely made upon the Office of the United States Trustee and that no objection was made to granting the relief requested therein, and sufficient cause appearing to me therefor, it is

**ORDERED,** that the above-captioned Chapter 11 Case be, and it hereby is, closed; and it is further

2

**ORDERED,** that the debtor will provide an affidavit of disbursements and pay all fees pursuant to 28 USC 1930(a)(6) and any applicable interest thereon within seven (7) days of entry of the order.

United States Bankruptcy Court
District of New Jersey

In re:  
Yvette Davidov  
Mikhail Davidov  
    Debtors

Case No. 16-20278-CMG  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 17, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2018.
db/jdb        +Yvette Davidov,   Mikhail Davidov,   14 Barn Swallow Blvd.,   Marlboro, NJ 07746-2521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2018 at the address(es) listed below:
           Alla   Kachan    on behalf of Joint Debtor Mikhail  Davidov alla@kachanlaw.com
           Alla   Kachan    on behalf of Debtor Yvette  Davidov alla@kachanlaw.com
           Benjamin   Teich    on behalf of U.S. Trustee    U.S. Trustee Benjamin.Teich@usdoj.gov
           Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
           Eamonn   O'Hagan    on behalf of Creditor    United States of America (Internal Revenue Service)
           eamonn.ohagan@usdoj.gov
           Kyle Francis Eingorn    on behalf of Creditor    McCormick 105, LLC keingorn@dbblegal.com
           Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
           Steven P. Kelly    on behalf of Creditor    U.S. Bank Trust, N.A., as Trustee
           skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                         TOTAL: 9