UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

Case No.: 16-20278-cmg
Chapter: 11

Hearing Date: February 28, 2023
Judge: Christine M. Gravelle

In Re:
Yvette Davidov and Mikhail Davidov,

Debtors

# NOTICE OF MOTION FOR ENTRY OF CHAPTER 11 DISCHARGE DUE TO THE PLAN COMPLITION

1. Yvette Davidov and Mikhail Davidov, the Debtors in the above-captioned chapter 11 case (hereinafter, the "Debtor"), by undersigned counsel Alla Kachan Esq, Law Offices of Alla Kachan, P.C. have filed papers with the court requesting that an order on be entered granting the Debtors a discharge upon the completion of the Ch 11 plan and consummation of the Ch 11 plan as defined by 11 U.S.C. § 1101(2).

    **YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

2. **PLEASE TAKE NOTICE** that upon the annexed Motion for entry of Chapter 11 Discharge due to plan completion, the Debtor will move this Court on **February 28, 2023 at 10:00 AM**, in United States Bankruptcy Court for the District of New Jersey, 402 East State Street, Trenton, NJ 08608, Courtroom # 3 before the Honorable Christine M. Gravelle, United States Bankruptcy Judge for the District of New Jersey, for an Order, pursuant to 11 U. S. C. §§ 105 and 350(b), reopening this bankruptcy case.

3. **PLEASE TAKE NOTICE** that starting the week of March 28, 2022, Judge Gravelle will be returning to in-person hearings, with the option to appear through CourtSolutions in lieu of in-person participation. This applies to all non-chapter 13 matters.

4. **PLEASE TAKE NOTICE** that Judge Gravelle is amenable to telephonic appearances. Prior consent is not necessary but parties are directed to contact their adversary to inform them they will be appearing by telephone. All requests for telephonic appearances before Judge Gravelle shall be arranged through CourtSolutions, http://www.Court-Solutions.com, no later than 3:00 p.m. the court day prior to the hearing. To appear telephonically, you will need to create a CourtSolutions' account. Once you establish an account, you will be able to submit your request to appear telephonically. This request will either be approved or denied by Judge Gravelle's chambers. As long as your request is approved by chambers, you can log into your CourtSolutions' account, prior to the hearing time, and access the large orange button entitled "Open Hearing Dashboard" for your dial-in instructions. Your dial-in information will be the same for every reservation you make. For complete information about CourtSolutions, please visit http://help.court-solutions.com. If you are having call-in or sign-in problems with CourtSolutions, please contact CourtSolutions directly at (917) 746-7476 or email help@Court-Solutions.com.

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:            February 28, 2023

Hearing Time:            10:00 AM

Hearing Location:        402 East State Street
                         Trenton, NJ 08608


Courtroom Number:        Courtroom # 3

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Benjamin Teich, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
One Newark Center
Suite 2100
Newark, NJ 07102

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste 202
Brooklyn, NY 11235

Yvette Davidov and Mikhail Davidov
14 Barn Swallow Blvd.
Marlboro, NJ 07746

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  2/01/2023                                          /s/ Alla Kachan
       *[Enter the date this document is signed]*              Signature

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

Case No.: 16-20278-cmg
Chapter: 11

In Re:
Yvette Davidov and Mikhail Davidov,

Debtors

Hearing Date: February 28, 2023
Judge: Christine M. Gravelle

# MOTION FOR ENTRY OF CHAPTER 11 DISCHARGE DUE TO PLAN COMPLETION

Yvette Davidov and Mikhail Davidov, the Debtors and Debtors-in-Possession (the "Debtors"), as and for their application for entry of an Order of discharge, respectfully represent as follows:

1. On May 26, 2016 (the "Petition Date") the Debtors filed Chapter 11 petition under Title 11 of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code").

2. On October 19, 2017, this Court entered an Amended Order confirming Debtor's Plan of reorganization ("Plan").

3. The terms of the Plan have been substantially consummated and all creditors paid in full under the Plan.

**WHEREFORE**, the Debtors respectfully request that the Court grant them a discharge under section 1141 (d)(5)(A) of the Bankruptcy Code and grant such other and further relief as may be just and proper.

Dated: Brooklyn, New York
February 1, 2023

*/s/ Alla Kachan*
Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue Ste 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

Case No.: 16-20278-cmg
Chapter: 11

In Re:
Yvette Davidov and Mikhail Davidov,

Debtors

Hearing Date: February 28, 2023
Judge: Christine M. Gravelle

## ORDER GRANTING THE DEBTOR A DISCHARGE PURSUANT TO 11 U.S.C. § 1141(d)(5)(A)

**UPON** the filing of the Motion on February 1, 2023 by Yvette Davidov and Mikhail Davidov, the above captioned Debtors and Debtors-in-Possession (the "Debtors") by their attorney, Alla Kachan, for an for entry of Chapter 11 Discharge Order due to a completion of all payments under the Debtors' Chapter 11 Plan; and it appearing that substantial consummation of the Debtors' Chapter 11 Plan dated June 20, 2017 (ECF No. 69) within the meaning of 11 U.S.C. § 1101(2) having duly occurred, it is hereby

**ORDERED**, that the Debtors have completed and made all payments under the confirmed Chapter 11 Plan, the estate has been fully administered, and a discharge has been granted to the Debtor; and it is further

**ORDERED**, that once this Order of Discharge is issued pursuant to 11 U.S.C. § 114l(d)(5)(A), the Clerk of the Court is hereby directed to immediately close the Debtor's chapter 11 case.