UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

Case No.:      16-20278-cmg
Chapter:              11

Hearing Date:      February 28, 2023
Judge:          Christine M. Gravelle

In Re:
Yvette Davidov and Mikhail Davidov,

                                        Debtors

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, Yvette Davidov          , debtor in this case, certify as follows:

1.  All payments required to be made by me under my plan have been made and are paid in full.

2.  ☑ I am not required to pay domestic support obligations.

    ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: February 1, 2023          /s/ *Yvette Davidov*
                                Debtor's Signature

**IMPORTANT**:

•  **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

•  **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**