UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

In Re:

Yvette Davidov and Mikhail Davidov,

Debtors

Case No.: 16-20278-cmg

Chapter: 11

Adv. No.:

Hearing Date:

Judge: Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, __Elena Tolmacheva__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Law Offices of Alla Kachan, P.C., who represents Yvette and Mikhail Davidov in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __March 2, 2023__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Certification of Completion of Plan Payments
   2. Application for Refund of Filing Fee with a proposed Order

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 03/02/2023

Signature: _[signature]_

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Christine M. Gravelle<br>U.S. Bankruptcy Court<br>402 East State Street<br>Trenton, NJ 08608<br>Courtroom # 3 | U.S. Bankruptcy Judge | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Benjamin Teich<br>Trial Attorney<br>Office of the United States Trustee<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aes/Nct<br>Po Box 61047<br>Harrisburg, PA 17106-1047 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One Bank USA<br>15000 Capital One Dr<br>Richmond, VA 23238 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capl/Saks<br>3455 Highway 80 W<br>Jackson, MS 39209-7202 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C,<br>3936 E, Ft. Lowell Re, Suite 200<br>Tucson, AZ 85712-1083 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other First class mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capl/Neimn<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dept Of Ed/Navient<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial Ser<br>Po Box 30954<br>Salt Lake City, UT 84130 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 8208<br>Philadelphia, PA 19101-8208 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other ____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| McCormick 105, LLC<br>c/o Dembo Brown & Burns<br>1300 Route 73, Suite 205<br>Mount Laurel, NJ 08054-2200 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706-1430 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Niasan-Infiniti Lt<br>2901 Kinwest Pkwy<br>Irving, TX 15063 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nissan-Infiniti LT<br>PO Box 660366<br>Dallas TX 75266-0366 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nordstrom/Td<br>13531 E Caley Ave<br>Englewood, CO 80111-6505 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nordstrom Fsb<br>c/o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Santander Bank NA<br>865 Brook St<br>Rocky Hill, CT 06067-3444 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Santander Bank, N.A.<br>601 Penn Street<br>10-6438-FB7<br>Reading, PA 19601-3544 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Motor Credit Co<br>90 Chrystal Run Rd<br>Middletown, NY 10940 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Toyota Lease Trust<br>c/o Toyota Motor Credit Corporation<br>PO BOX 9013<br>Addison, Texas 75001-9013 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Bank National Association, as Trustee<br>c/o Ocwen Loan Servicing, LLC<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409-6493 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Bank Trust, N.A., as Trustee<br>Stern & Eisenberg, PC<br>1040 North Kings Highway<br>Suite 407<br>Cherry Hill, NJ 08034-1925 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kyle F. Eingorn, Esq.<br>DEMBO, BROWN & BURNS LL<br>1300 Route 73, Suite 205<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Steven Kelly, Esq.<br>Stern & Eisenberg, PC<br>1040 N. Kings Highway, Suite 407<br>Cherry Hill, NJ 08034 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Sinchrony Bank<br>C/O Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Yvette Davidov and Mikhail Davidov<br>14 Barn Swallow Blvd.<br>Marlboro NJ 07746 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

rev.8/1/16