UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Ste 202
Brooklyn, NY 11235
Tel.: (718) 513-3145

Order Filed on March 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Yvette Davidov and Mikhail Davidov,

Debtors

Case No.: 16-20278-cmg

Chapter: 11

Judge: Christine M. Gravelle

## ORDER CONCERNING APPLICATION FOR REFUND OF FILING FEE

The relief set forth on the following page is hereby ORDERED.

**DATED: March 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

An Application for Refund of Filing Fee having been filed by _____Alla Kachan_____

on _____March 2, 2023_____, and the court having reviewed the request, it is hereby

ORDERED that the request is:

☒ Granted. The clerk will issue a refund in the amount of $ __1167.00__ to the

applicant.

☐ Denied.

*rev.7/6/18*

2