| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Alla Kachan, Esq.<br>Law Offices of Alla Kachan, P.C.<br>2799 Coney Island Avenue, Ste 202<br>Brooklyn, NY 11235<br>Tel.: (718) 513-3145 | Order Filed on March 3, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Yvette Davidov and Mikhail Davidov,<br><br>　　　　　　　　　　　　Debtors | Case No.:　　16-20278-cmg<br><br>Chapter:　　11<br><br>Judge:　　Christine M. Gravelle |

# ORDER CONCERNING APPLICATION FOR REFUND OF FILING FEE

The relief set forth on the following page is hereby ORDERED.

**DATED: March 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

An Application for Refund of Filing Fee having been filed by _____Alla Kachan_____

on _____March 2, 2023_____, and the court having reviewed the request, it is hereby

ORDERED that the request is:

☒  Granted. The clerk will issue a refund in the amount of $ __1167.00__ to the

applicant.

☐  Denied.

*rev.7/6/18*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-20278-CMG
Yvette Davidov  Chapter 11
Mikhail Davidov
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2
Date Rcvd: Mar 03, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yvette Davidov, Mikhail Davidov, 14 Barn Swallow Blvd., Marlboro, NJ 07746-2521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alla Kachan | on behalf of Joint Debtor Mikhail Davidov alla@kachanlaw.com |
| Alla Kachan | on behalf of Debtor Yvette Davidov alla@kachanlaw.com |
| Benjamin Teich | on behalf of U.S. Trustee U.S. Trustee Benjamin.Teich@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Kyle Francis Eingorn | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 03, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor McCormick 105 LLC keingorn@dbblegal.com

Rebecca Ann Solarz
    on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

Steven P. Kelly
    on behalf of Creditor U.S. Bank Trust N.A., as Trustee skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9