| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Yvette Davidov <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8594 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Mikhail Davidov <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8614 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–20278–CMG | | |

## Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Yvette Davidov                                         Mikhail Davidov
aka Ivetta Yusufova

4/11/23                                                **By the court:**   Christine M. Gravelle
                                                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

**For more information, see page 2 >**

---

Form 3180RI                    **Individual Chapter 11 Discharge**                    page 1

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180RI                **Individual Chapter 11 Discharge**                page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-20278-CMG |
| Yvette Davidov | Chapter 11 |
| Mikhail Davidov | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 11, 2023 | Form ID: 3180RI | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yvette Davidov, Mikhail Davidov, 14 Barn Swallow Blvd., Marlboro, NJ 07746-2521 |
| acc | | AFZ Accounting Services LLC, 114-116 Ditmas Ave, 2nd Fl, Brooklyn, NY 11218 |
| cr | + | McCormick 105, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | U.S. Bank Trust, N.A., as Trustee, Stern & Eisenberg, PC, 1040 North Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 516201010 | + | Cap1/Saks, 3455 Highway 80 W, Jackson, MS 39209-7202 |
| 516201013 | + | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 516201018 | + | McCormick 105, LLC, c/o Dembo Brown & Burns, Attorneys for Creditor, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| 516201022 | ++ | NISSAN MOTOR ACCEPTANCE CORPORATION, LOSS RECOVERY, PO BOX 660366, DALLAS TX 75266-0366 address filed with court:, Nissan-Infiniti Lt, 2901 Kinwest Pkwy, Irving, TX 75063 |
| 516217419 | | Nissan-Infiniti LT, PO Box 660366 Dallas TX 75266-0366 |
| 516201024 | + | Santander Bank Na, 865 Brook St, Rocky Hill, CT 06067-3451 |
| 516201025 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, 90 Chrystal Run Rd, Middletown, NY 10940 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 11 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 11 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: IRS.COM | Apr 12 2023 00:29:00 | United States of America (Internal Revenue Service, U.S. Attorney's Office, 970 Broad Street, Suite 700, Newark, NJ 07102-2535 |
| 516201008 | + | Email/Text: bncnotifications@pheaa.org | Apr 11 2023 20:38:00 | Aes/Nct, Po Box 61047, Harrisburg, PA 17106-1047 |
| 516201011 | | EDI: CAPITALONE.COM | Apr 12 2023 00:29:00 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 516201009 | + | EDI: CAPITALONE.COM | Apr 12 2023 00:29:00 | Cap1/Neimn, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3440 |
| 516291515 | | EDI: CAPITALONE.COM | Apr 12 2023 00:29:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516422261 | + | EDI: BASSASSOC.COM | Apr 12 2023 00:29:00 | Cavalry SPV I, LLC, c/o Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 516201017 | | EDI: DISCOVER.COM | Apr 12 2023 00:29:00 | Discover Financial Ser, Po Box 30954, Salt Lake City, UT 84130 |
| 516201019 | + | EDI: CITICORP.COM | Apr 12 2023 00:29:00 | Mcydsnb, 9111 Duke Blvd, Mason, OH 45040 |

Case 16-20278-CMG    Doc 125    Filed 04/13/23    Entered 04/14/23 00:13:25    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180RI | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516201013 | + | EDI: MAXMSAIDV | Apr 12 2023 00:29:00 | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 516201020 | + | EDI: NAVIENTFKASMSERV.COM | Apr 12 2023 00:29:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 516221564 | + | EDI: NAVIENTFKASMSERV.COM | Apr 12 2023 00:29:00 | Navient Solutions Inc., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 516405770 | + | EDI: JEFFERSONCAP.COM | Apr 12 2023 00:29:00 | Nordstrom Fsb, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 516201023 | + | Email/Text: bnc@nordstrom.com | Apr 11 2023 20:38:00 | Nordstrom/Td, 13531 E Caley Ave, Englewood, CO 80111-6505 |
| 516379976 | + | Email/Text: DeftBkr@santander.us | Apr 11 2023 20:38:00 | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 516275617 | | EDI: RMSC.COM | Apr 12 2023 00:29:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516239736 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 11 2023 20:37:00 | Toyota Lease Trust, c/o TOYOTA MOTOR CREDIT CORPORATION, PO BOX 9013, ADDISON, TEXAS 75001-9013 |
| 516433592 | + | EDI: LCIPHHMRGT | Apr 12 2023 00:29:00 | U.S. Bank National Association, as Trustee, c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, FL 33409-6493 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| 516201012 | *+ | Department of the Treasur, Internal Revenue Service, PO Box 8208, Philadelphia, PA 19101-8208 |
| 516201014 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 516201015 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 516201016 | *+ | Dept Of Ed/Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 516244942 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516694592 | * | IRS, POB 7346, Philadelphia, PA 19101-7346 |
| 516201021 | *+ | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023        Signature:        /s/Gustava Winters

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: 3180RI | Total Noticed: 29 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alla Kachan | on behalf of Joint Debtor Mikhail Davidov alla@kachanlaw.com |
| Alla Kachan | on behalf of Debtor Yvette Davidov alla@kachanlaw.com |
| Benjamin Teich | on behalf of U.S. Trustee U.S. Trustee Benjamin.Teich@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eamonn O'Hagan | on behalf of Creditor United States of America (Internal Revenue Service) eamonn.ohagan@usdoj.gov |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 105 LLC keingorn@dbblegal.com |
| Rebecca Ann Solarz | on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com |
| Steven P. Kelly | on behalf of Creditor U.S. Bank Trust N.A., as Trustee skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9